# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSIE CASTANEDA, <br><br> Defendant. | NO. CR 11-415 JCC <br><br> DETENTION ORDER |

<u>Offenses charged</u>:

Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

<u>Date of Detention Hearing</u>: December 27, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Pursuant to 18 U.S.C. §3142(e), there is a rebuttable presumption that there are no conditions or combinations of conditions that would reasonably assure the appearance of the defendant as required or the safety of the community, short of detention. Application of the presumption is appropriate in this case.

2. Defendant has a serious substance abuse problem.

3. Defendant has an extensive history of failures to appear, including bail-jumping.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4. Defendant was on State Supervision when the events charged took place.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of December, 2011.

JAMES P. DONOHUE
United States Magistrate Judge